Opinion issued March 20, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-00-00429-CV

____________


IN RE KLÖCKNER INDUSTRIE-ANLAGEN GMBH

AND KLÖCKNER & CO. AG, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relators have filed a petition for writ of mandamus complaining of Judge Ben
Hardin's (1) (1) alleged refusal to hear and decide relators' special appearances and (2)
February 14, 2000 discovery order. On June 21, 2002, Judge Hardin signed an order
superseding his February 14, 2000 order. On February 3, 2002, Judge Hardin
conducted a hearing on the special appearances.

 We deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Nuchia and Hanks.
1. The underlying lawsuits are Coleman v. ABB Lummus Crest, Inc., No.
94-C-1392 (23d Dist. Ct., Brazoria County, Tex.) and Adame v.
ALCOLAC, Inc., No. 95-H-2295 (23d Dist. Ct., Brazoria County, Tex.).